# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:12-CR-080-GMN-(CWH) |
| ) | |
| KAMALU GONZALES, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

On August 12, 2013, defendant KAMALU GONZALES pled guilty to Counts One through Ten of a Ten-Count Criminal Superseding Indictment charging him in Counts One and Two with Mail Fraud in violation of Title 18, United States Code, Section 1341; in Counts Three through Eight with Wire Fraud, in violation of Title 18, United States Code, Section 1343; and in Counts Nine and Ten with Money Laundering, in violation of Title 18, United States Code, Section 1957 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Superseding Indictment. Criminal Superseding Indictment, ECF No. 19; Memorandum in Support of Guilty Plea without Plea Agreement, ECF No. 39.

This Court finds that KAMALU GONZALES shall pay a criminal forfeiture money judgment of $1,194,500 in United States Currency to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States

Code, Section 981(a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p). Criminal Superseding Indictment, ECF No. 19.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from KAMALU GONZALES a criminal forfeiture money judgment in the amount of $1,194,500 in United States Currency.

**DATED** this 28th day of August, 2013.

_____
Gloria M. Navarro
United States District Judge