DANIEL G. BOGDEN
United States Attorney
KIMBERLY M. FRAYN
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Fax: (702) 388-6418

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>KAMALU GONZALES,<br>　　　　　　　　Defendant. | 2:12-CR-080-GMN-CWH<br><br>**MOTION AND ORDER**<br>**TO SEAL** |

　　　　COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and KIMBERLY M. FRAYN, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order sealing the VICTIM IMPACT STATEMENTS, doc. no. 46, in the above captioned matter.

　　　　The Government submits that it is necessary for said documents to be sealed in light of the fact that they make reference to unredacted personal information. The Government submits that disclosure of the information might possibly jeopardize the victims' personal information, as well as result in additional threats against the victims. The Government also submits that its right to secrecy relating to victim personal informations far outweighs the public's right to know the details of this case.

　　　　DATED: November 8, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　DANIEL G. BOGDEN
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Kimberly M. Frayn
　　　　　　　　　　　　　　　　　　　　　　　　KIMBERLY M. FRAYN
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>              Plaintiff,<br><br>     v.<br><br>KAMALU GONZALES,<br>              Defendant. | 2:12-CR-080-GMN-CWH<br><br>**MOTION AND ORDER<br>TO SEAL** |

Based on Government's Motion to Seal the VICTIM IMPACT STATEMENTS, doc. no. 46, in the above-captioned matter and good cause appearing, therefore

IT IS SO ORDERED that the VICTIM IMPACT STATEMENTS, doc. no. 46, be sealed.

**DATED** this 13th day of November, 2013.

_____
Gloria M. Navarro
United States District Judge