

FILED
ENTERED                           RECEIVED
                             SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 1 7 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____

_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:12-CR-080-GMN-(CWH) |
| | ) | |
| KAMALU GONZALES, | ) | |
| Defendant. | ) | |

## ORDER OF FORFEITURE

This Court found on August 29, 2013, that KAMALU GONZALES shall pay the criminal forfeiture money judgment of $1,194,500.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p). Superseding Indictment, ECF No. 19; Memorandum in Support of Guilty Plea without Plea Agreement, ECF No. 39; Change of Plea, ECF No. 40; Order of Forfeiture, ECF No. 43.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from KAMALU GONZALES the criminal forfeiture money judgment in the amount of $1,194,500.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(A) and

1    Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and

2    title 21, United States Code, Section 853(p).

3        DATED this 17 day of January, 2014.

4

5

6                                              _____
                                               UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2